Kathy Louise Hall, John Wesley Hall, Jr., P.C., Little Rock, AR, for Plaintiff–Appellant.

Thomas N. Kieklak, Harrington & Miller, Springdale, AR, Nga Ostoja–Starzewski, Arkansas Municipal League, Patricia J. Hays, Disputed Resolution Services, Little Rock, AR, Michael Lee Murphy, Conway City Attorney's Office, Conway, AR, for Defendant–Appellee.

Before FAGG, BEAM, and HANSEN, Circuit Judges.

PER CURIAM.

Belinda Dillon appeals the district court's[1] grant of summary judgment to the City of Conway on her pregnancy-discrimination claim. We affirm.

We agree with the district court that Dillon failed to produce evidence that permitted an inference of pregnancy discrimination. Title VII only guarantees that pregnant women are treated as well as nonpregnant employees who are similarly situated. *Deneen v. Northwest Airlines, Inc.*, 132 F.3d 431, 436–37 (8th Cir.1998). After reviewing the record, we agree that Dillon did not produce any evidence showing that similarly situated probationary employees were treated differently. Nor did she produce other evidence that would permit an inference that she was fired because she was pregnant. Without this evidence, Dillon failed to meet her burden under the first step of *McDonnell Douglas*, and the district court correctly granted summary judgment to the City.

---

Michael BEACH, Appellant,

v.

State of MINNESOTA, Appellee.

No. 03–3017.

United States Court of Appeals, Eighth Circuit.

Submitted: March 31, 2004.

Decided: April 6, 2004.

Michael Beach, Golden Valley, MN, pro se.

Ericka S. Schneller, Attorney General's Office, St. Paul, MN, for Defendant–Appellee.

Before BYE, MCMILLIAN, and RILEY, Circuit Judges.

PER CURIAM.

Michael Beach appeals the district court's[1] dismissal of his civil rights action. After de novo review, we affirm because, as the district court concluded, the complaint was barred by the Eleventh Amendment. *See* 8th Cir. R. 47B.

---

1. The Honorable G. Thomas Eisele, United States District Judge for the Eastern District of Arkansas.

1. The Honorable Michael J. Davis, United States District Judge for the District of Minnesota.